654

Harry M. Stern and Sam Stern, Copartners, Trading as Stern Furniture Company et al., Appellees, v. Glenn Rogers et al., Appellants.

Gen. No. 9,272.

Heard in this court at January term, 1941; opinion filed November 3, 1941. Edward Pree, for appellants; A. M. Fitzgerald, for appellees. Opinion by PRESIDING JUSTICE HAYES. ''Not to be published in full.''